UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

THOMAS O'LEARY, *individually and on*
*behalf of all others similarly situated*,

Plaintiff,

- against -

THE STOP & SHOP SUPERMARKET
COMPANY, LLC,

Defendant.

------------------------------------------------------------------X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: __04/25/2022__ | |

**ORDER**

21 Civ. 8918 (NSR)

Román, D.J.:

The Court having been advised that all claims asserted herein have been settled, DENIES Defendant's request to stay its deadline to file a responsive pleading to Plaintiff's Complaint as MOOT, and ORDERS that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated on or before May 25, 2022.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court. The Clerk of the Court is directed to terminate the motion at ECF No. 11.

Dated:      White Plains, New York
            April 25, 2022

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge