| | |
|---|---|
| United States District Court<br>Southern District of New York | 7:21-cv-08918-NSR |

Thomas O'Leary, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

The Stop & Shop Supermarket Company LLC,

        Defendant.

Notice of Voluntary Dismissal

    Plaintiff gives notice that Plaintiff's individual claims are voluntarily dismissed with prejudice and Plaintiff's class allegations are voluntarily dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   June 30, 2022

                                                              Respectfully submitted,

                                                              Sheehan & Associates, P.C.
                                                              /s/Spencer Sheehan

Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080

## Certificate of Service

I certify that on June 30, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan